IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| Leisa Howard, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5:20-cv-2771-TMC |
| | ) | |
| vs. | ) | |
| | ) | |
| Andrew M. Saul, Commissioner of Social Security Administration, | ) ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff Leisa Howard brought this action pursuant to 42 U.S.C. § 405(g), seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner"). (ECF No. 1). This matter is before the court on the Commissioner's unopposed motion, pursuant to sentence four of 42 U.S.C. § 405(g), seeking entry of an order remanding the case for further administrative proceedings. (ECF No. 21). Specifically, the Commissioner indicates that, on remand, the Administrative Law Judge will:

> (1) re-evaluate the medical opinion evidence and assess the persuasiveness of the medical opinions of record; (2) re-evaluate the claimant's RFC in light of the opinion evidence; (3) take further action to complete the administrative record resolving the above issues; and (4) issue a new decision.

*Id*. at 1. The Commissioner also requests that the court enter a final judgment by separate order. *Id*. at 2.

Plaintiff consents to the motion to remand. *Id*.

Accordingly, the court **GRANTS** the Commissioner's motion to remand, (ECF No. 21). The Commissioner's decision is **REVERSED**, pursuant to sentence four of 42 U.S.C. § 405(g), and this action is **REMANDED** to the Commissioner for further administrative proceedings,

including those set forth above.  The Clerk of Court is directed to enter a final judgment by separate order.

**IT IS SO ORDERED.**

s/ Timothy M. Cain  
United States District Judge

April 2, 2021  
Anderson, South Carolina